**SO ORDERED.**

**SIGNED January 20, 2016.**

JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **COTTONPORT MONOFILL, LLC** | **BANKRUPTCY CASE NO.** |
| | **DEBTOR** | **15-80159** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **THE UNION BANK** | **ADVERSARY PROCEEDING NO.** |
| **VERSUS** | **15-08004** |

**COTTONPORT MONOFILL, LLC**
**Debtor in Possession**

**AGREED ORDER**

Considering the Complaint filed on behalf of The Union Bank and the Answer by the Defendant/Debtor in Possession, the parties being in agreement thereto, it is

**ORDERED** that the Union Bank be and it is hereby recognized as the first ranking lien holder on all equipment and movables of the Debtor in Possession including but not limited to the pyrolysis equipment.

# # #


**WHEELIS & ROZANSKI**

By: */s/ Thomas R. Willson*
Thomas R. Willson #13546
P.O. Drawer 1630
Alexandria LA 71309-1630
(318) 442-9637

**ATTORNEY FOR DEFENDANT**

By: */s/ Stephen D. Wheelis*
Stephen D. Wheelis #17205
Richard A. Rozanski #22583
P. O. Box 13199
Alexandria, LA 71315-3199
(318) 445-5600

**ATTORNEYS FOR THE UNION BANK**